# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

KENYA SHANNON, *et al.*,

    Plaintiffs,

                                              Case No. 2:22-cv-02370-MSN-atc
                                              JURY DEMAND

ELECTROLUX HOME PRODUCTS, INC.,

    Defendant.

## JOINT MOTION FOR APPROVAL OF REVISED FLSA SETTLEMENT

COME NOW Plaintiffs and Defendant, by and through undersigned counsel, and hereby move the Court for an Order approving the terms of the revised FLSA settlement reached by the Parties and for dismissal of all claims with prejudice, should the Court grant approval of the revised Settlement Agreement.

In support of this motion, the parties rely upon the contemporaneously filed Memorandum in Support, the attached revised Settlement Agreement, an attached Affidavit of Attorney J. Russ Bryant and the Court's entire record of this case.[1]

WHEREFORE, the parties respectfully request that the Court enter an Order granting this Motion and approving the revised Settlement Agreement.

Dated this, the 22nd day of May, 2024.

---

[1] The parties have removed the "Reserve Fund" function from their original Settlement Agreement (ECF 74-2) as recommended by this Court's Order Denying Joint Motion For Settlement Approval (ECF No. 75).

**JOINTLY SUBMITTED:**

*/s/J. Russ Bryant*
J. Russ Bryant (TN Bar No. 033830)
Gordon E. Jackson (TN Bar No. 008323)
**Jackson, Shields, Yeiser, Holt, Owen & Bryant**
262 German Oak Drive
Memphis, TN 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
Email: *rbryant@jsyc.com*
         *gjackson@jsyc.com*

*Counsel for Plaintiffs*

    &

*/s/ Courtney Leyes (by JRB with permission)*
Courtney Leyes (TN Bar No. 034012)
Marilyn Higdon (TN Bar No. 037558)
**FISHER & PHILLIPS LLP**
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2900
Facsimile: (615) 488-2928
Email: *cleyes@fisherphillips.com*
         *mhigdon@fisherphillips.com*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, J. Russ Bryant, hereby certify that on this, the 22nd day of May, 2024, I electronically filed the foregoing Joint Motion for Approval of Revised FLSA Settlement with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

>Courtney Leyes (TN Bar No. 034012)
>Marilyn Higdon (TN Bar No. 037558)
>**FISHER & PHILLIPS LLP**
>424 Church Street, Suite 1700
>Nashville, TN 37219
>Telephone: (615) 488-2900
>Facsimile: (615) 488-2928
>Email: *cleyes@fisherphillips.com*
>       *mhigdon@fisherphillips.com*

*Counsel for Defendant*

>                              */s/J. Russ Bryant*